RECEIVED
IN ALEXANDRIA, LA
JUN 2 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK BROWN | DOCKET NO. 1:04 CV 0904 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| LEROY HOLLIDAY, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claim against defendants Craig Robinson, Leroy Holiday, Nancy Hooks, Gary Allen, Vernon White, and Pat Smith are **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of June, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE