

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **PATRICK BROWN** | CIVIL ACTION NO. 04-0904-A |
| -vs- | JUDGE DRELL |
| **LEROY HOLIDAY, et al.** | MAGISTRATE JUDGE KIRK |

### ORDER

Considering the May 13, 2008 trial setting in the captioned matter,

IT IS ORDERED that the referrals to Magistrate Judge James D. Kirk of "Defendants' Second Motion to Dismiss for Failure to Prosecute Pursuant to FRCP Rule 41(b)" (Document No. 65) and of the "Unopposed Motion for Leave to File Supplement to Defendants' Second Motion to Dismiss" (Document No. 67) are RESCINDED, and those motions are returned to the undersigned for consideration and decision.

SIGNED on this 3rd day of March, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE